US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

JUL 3 1 2024

Ronald E. Dowling
By_____
           Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 6:23CR-60039-001 |
| | ) |
| v. | ) |
| | ) |
| | ) |
| DEREK SCOTT FINKBEINER | ) |
| aka Scott Finkbeiner | ) 18 U.S.C. § 4 |
| | ) 18 U.S.C. § 922(g)(3) |
| | ) 18 U.S.C. § 924(a)(8) |
| | ) 18 U.S.C. § 1001(a)(1) & (a)(2) |

**SUPERSEDING INDICTMENT**

The Grand Jury Charges:

**COUNT ONE**

Beginning on an unknown date, but at least as early as on or about August 19, 2023, and continuing to on or about August 24, 2023, in the Western District of Arkansas, Hot Springs Division, the Defendant, **DEREK SCOTT FINKBEINER, aka Scott Finkbeiner,** having knowledge of the actual commission of a felony cognizable by a court of the United States, that is, distribution of a Schedule II controlled substance by Kenneth Wayne Smith (charged elsewhere) in violation of Title 21, United States Code, Section 841(a)(1), did not make said felony known as soon as possible to some judge or other person in civil or military authority under the United States, to wit, the Defendant, **DEREK SCOTT FINKBEINER,** knowing that Kenneth Wayne Smith was distributing Schedule II controlled substances in Hot Spring County, Arkansas, did affirmative acts to conceal the crime by voluntarily providing the Federal Bureau of Investigation with

incomplete and inaccurate information about Kenneth Wayne Smith's distribution of Schedule II controlled substances.

All in violation of Title 18, United States Code, Section 4.

## COUNT TWO

Beginning on an unknown date, but at least as early as on or about August 19, 2023, and continuing to on or about August 24, 2023, in the Western District of Arkansas, Hot Springs Division, the Defendant, **DEREK SCOTT FINKBEINER, aka Scott Finkbeiner,** having knowledge of the actual commission of a felony cognizable by a court of the United States, that is, Maintaining a Drug-Involved Premises by Kenneth Wayne Smith, in violation of Title 21, United States Code, Sections 856(a)(1) and (b), did not make said felony known as soon as possible to some judge or other person in civil or military authority under the United States, to wit, the Defendant, **DEREK SCOTT FINKBEINER,** knowing that Kenneth Wayne Smith was using and maintaining his residence in Perla, Arkansas, for the purpose of distributing and using Schedule II controlled substances did affirmative acts to conceal the crime by voluntarily providing the Federal Bureau of Investigation with incomplete and inaccurate information about Kenneth Wayne Smith using his residence in Perla, Arkansas, for the distribution and use of Schedule II controlled substances.

All in violation of Title 18, United States Code, Section 4.

## COUNT THREE

On or about August 21, 2023, in the Western District of Arkansas, Hot Springs Division, the Defendant, **DEREK SCOTT FINKBEINER, aka Scott Finkbeiner,** did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the executive

branch of the Government of the United States, that is, during a criminal investigation by the Federal Bureau of Investigation into drug activity by Kenneth Wayne Smith on Adams Street in Perla, Arkansas, the Defendant, **DEREK SCOTT FINKBEINER,** stated and represented to Special Agents with the Federal Bureau of Investigation that Kenneth Wayne Smith provided "intel" that led to the recent arrest by the Hot Spring County Sheriff's Office of Person A with approximately a half pound of methamphetamine, when in truth and fact as the Defendant, **DEREK SCOTT FINKBEINER**, well knew, this statement and representation was false.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT FOUR

On or about November 2, 2023, in the Western District of Arkansas, Hot Springs Division, the Defendant, **DEREK SCOTT FINKBEINER, aka Scott Finkbeiner,** did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the executive branch of the Government of the United States, that is, the Defendant, **DEREK SCOTT FINKBEINER,** stated and represented to Special Agents with the Federal Bureau of Investigation that the recent arrest by the Hot Spring County Sheriff's Office of Person A with approximately a half pound of methamphetamine was a result of Kenneth Wayne Smith's "testimony" to the Defendant, **DEREK SCOTT FINKBEINER**, when in truth and fact as the Defendant, **DEREK SCOTT FINKBEINER**, well knew, this statement and representation was false.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT FIVE

From on or about August 19, 2023, through on or about August 24, 2023, in the Western District of Arkansas, Hot Springs Division, the Defendant, **DEREK SCOTT FINKBEINER, aka**

**Scott Finkbeiner,** did willfully and knowingly falsify, conceal, and cover up by any trick, scheme, and device a material fact within the jurisdiction of the Federal Bureau of Investigation, an agency of the executive branch of the Government of the United States, that is, during a criminal investigation by the Federal Bureau of Investigation into drug activity by Kenneth Wayne Smith on Adams Street in Perla, Arkansas, the Defendant, **DEREK SCOTT FINKBEINER,** did engage in a scheme to falsify, conceal and cover up the true nature of Kenneth Wayne Smith's involvement in distributing controlled substances and to misrepresent that Kenneth Wayne Smith was a valuable Hot Spring County Sheriff's Office confidential informant in an effort to mislead and interfere with the investigation by the Federal Bureau of Investigation into drug activity by Kenneth Wayne Smith on Adams Street in Perla, Arkansas, and thereby conceal and cover up the Defendant's, **DEREK SCOTT FINKBEINER**, own criminal activity with Kenneth Wayne Smith.

All in violation of Title 18, United States Code, Section 1001(a)(1).

## COUNT SIX

Beginning on an unknown date, but at least as early as May 21, 2023, and continuing to on or about November 2, 2023, in the Western District of Arkansas, Hot Springs Division, the Defendant, **DEREK SCOTT FINKBEINER, aka Scott Finkbeiner,** knowing that he was an unlawful user of a controlled substance, did knowingly possess one or more of the following firearms, that is, a Glock, Model 47, 9 mm handgun, Serial Number BZMA899, a FNH, Model SCAR, 5.56 mm assault rifle, Serial Number L013153, and a Remington, Model 870, 12 gauge shotgun, Serial Number SNC162348A, said firearms having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(3) and 924(a)(8).

A True Bill.

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

*/s/Grand Jury Foreperson*
Grand Jury Foreperson

By: _____
Bryan A. Achorn
Assistant U. S. Attorney
Arkansas Bar No. 2001034
414 Parker Avenue
Fort Smith, AR  72901
Telephone: (479) 494-4080
E-mail: bryan.achorn@usdoj.gov

_____
Kimberly D. Harris
Assistant United States Attorney
Arkansas Bar Number 2000152
414 Parker Avenue
Fort Smith, AR  72901
Phone: (479) 783-5125
Email:  Kimberly.Harris@usdoj.gov

_____
Kenneth Elser
First Assistant United States Attorney
Arkansas Bar No. 89184
414 Parker Avenue
Fort Smith, AR  72901
Telephone: 479-783-5125
E-mail: Kenny.Elser@usdoj.gov